IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JAMES DUCHARME, )
)
        Plaintiff, )
)
v. ) Case No. 4:17-CV-00022-BCW
)
DST SYSTEMS, INC., et al., )
)
        Defendants. )

## JUDGMENT IN A CIVIL ACTION

  X  **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, Defendant DST Systems Inc.'s alternative Motion to Dismiss the Amended Complaint (Doc. #27) is GRANTED. Ducharme's claims are DISMISSED, consistent with the order entered by the Honorable Brian C. Wimes on June 23, 2017.

                              AT THE DIRECTION OF THE COURT

June 26, 2017                 /s/Paige Wymore-Wynn
Dated                               Court Executive

June 23, 2017                 By: Joella Baldwin
Entered                            Deputy Clerk